UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY J. PALIK,<br><br>        Plaintiff,<br>v.<br><br>MEGAN PALIK, a natural person and real party in interest; and HON. KENNETH J. MELKIAN, Judge of the El Dorado County Superior Court in his individual capacity,<br><br>        Defendants. | Case No.: 13-CV-03630<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff filed his complaint on August 5, 2013. On May 16, 2014, the Court issued an order adopting Magistrate Judge Howard R. Lloyd's Report and Recommendation and dismissing Plaintiff's claims against Defendant Megan Palik for lack of subject matter jurisdiction. ECF No. 51. The Court also ordered Plaintiff to file by May 23, 2014 a response explaining the status of service on Defendant Judge Melikian and why Plaintiff's remaining claims are not precluded by judicial immunity. *Id.* Plaintiff has not filed a response as ordered.

The Court hereby orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff has until **June 13, 2014** to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for **June 18, 2014 at 2:00 P.M.** Plaintiff's failure to respond to this Order and to appear at the June 18, 2014 hearing will result in dismissal without prejudice for failure to prosecute.

1  **IT IS SO ORDERED.**

2  Dated: May 29, 2014

                                    _____
LUCY H. KOH
United States District Judge